IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-04-00359-CV

 

Arlys Reiners,

                                                                      Appellant

 v.

 

David L. Reiners,

                                                                      Appellee

 

 

 



From the 272nd District Court

Brazos County, Texas

Trial Court # 02-000674-CVD-272

 



MEMORANDUM 
Opinion



 

Appellant filed a notice of appeal
from an order of dismissal in a divorce case. 
Her notice did not contain a certificate of service or other proof that
she served a copy of the notice of appeal on the other party to the
judgment.  We provided appellant ten
business days’ notice that a copy of the notice of appeal must be served on all
parties and proof provided to this court. 
Tex. R. App. P. 9.5(d),
25.1(e).  We received no response.  We now dismiss this appeal for failure to
comply with the requirements of the Texas Rules of Appellate Procedure.  Id. 42.3(c).

 

PER CURIAM

 

Before Chief Justice Gray,

Justice Vance, and

Justice Reyna

Dismissed for failure to comply with Texas Rules of Appellate
Procedure

Opinion delivered and filed January
 19, 2005

[CV06]